

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE: | § | No. 08-25-00193-CV |
| RANDALL WAYNE WEAVER, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

## **MEMORANDUM OPINION**

Relator Randall Wayne Weaver has filed a petition for writ of mandamus seeking to compel the Honorable John Poole, Judge of the 109th District Court of Andrews County, Texas, to ministerially grant a motion to reconsider an order dismissing Weaver's divorce proceeding and to reinstate the same.[1]

"Mandamus relief is an extraordinary remedy requiring the relator to show that (1) the trial court clearly abused its discretion and (2) the relator lacks an adequate remedy by appeal." *In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023) (orig. proceeding). After reviewing the mandamus

---

[1] This is Weaver's third petition for writ of mandamus, with his previous two being denied because Weaver failed to provide a certified or sworn copy of the order on which he complained. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1). This latest petition does include a file-stamped order of dismissal reflecting it was rendered on May 7, 2025, but signed on July 10, 2025.

petition, we conclude that Weaver has failed to establish he is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(a).

GINA M. PALAFOX, Justice

July 30, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.